1  LINDBERGH PORTER, Bar No. 100091
   lporter@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street
3  34th Floor
   San Francisco, California 94104
4  Telephone:  415.433.1940
   Facsimile:   415.399.8490
5
   JEFFREY J. MANN, Bar No. 253440
6  jmann@littler.com
   LITTLER MENDELSON, P.C.
7  Treat Towers
   1255 Treat Boulevard, Suite 600
8  Walnut Creek, California 94597
   Telephone:  925.932.2468
9  Facsimile:   925.946.9809

10 Attorneys for Defendants
   HP INC. and HEWLETT PACKARD ENTERPRISE
11 COMPANY

12 **(COUNSEL CONTINUED ON NEXT PAGE)**

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN JOSE DIVISION
16

17
   ENOH I. ENOH, CHRISTOPHER                Case No. 5:17-CV-04212-BLF
18 JACKSON, DEREK L. MOBLEY, and
   WILLIAM MURRELL, for and on behalf       **STIPULATION AND [PROPOSED]
19 of themselves and other persons similarly ORDER FOR VOLUNTARY DISMISSAL
   situated,                                OF PLAINTIFFS' CLAIMS WITH
20                                          PREJUDICE**
                     Plaintiffs,
21                                          Hon. Beth Labson Freeman
             v.
22
   HP INC. and HEWLETT PACKARD
23 ENTERPRISE COMPANY,

24                   Defendants.

25
26
27
28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

(Case No. 5:17-CV-04212-BLF)    1.    STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE

PAUL E. BATEMAN, *admitted pro hac vice*
pbateman@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone:   312.795.3224
Facsimile:   312.372.7880

LISA A. SCHRETER, *admitted pro hac vice*
lschreter@littler.com
RICHARD W. BLACK, *admitted pro hac vice*
rblack@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road NE, Suite 1200
Atlanta, GA 30326
Telephone:   404.233.0330
Facsimile:   404.233.2361

Attorneys for Defendants
HP INC. and HEWLETT PACKARD ENTERPRISE COMPANY

Pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(ii), Plaintiffs Enoh I. Enoh, Christopher Jackson, Derek L. Mobley and William Murrell (together, the "Plaintiffs") and Defendants HP Inc. and Hewlett Packard Enterprise Co. (together, "Defendants") stipulate and agree, pursuant to a settlement agreement entered into between Plaintiffs and Defendants, that the individual Plaintiffs' claims (including, but not limited to, any and all claims they might otherwise have had to any class or collective relief) in the above-captioned lawsuit are hereby voluntarily dismissed, with prejudice, and without costs or fees to any party, pursuant to FRCP 41(a)(1)(A).

Dated:  February 5, 2020

/s/ Jeffrey J. Mann
Lindbergh Porter, Jr.
Jeffrey J. Mann
LITTLER MENDELSON, P.C.

Dated:  February 5, 2020

/s/ Lee Winston
Lee Winston
WINSTON COOKS LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

(Case No.  5:17-CV-04212-BLF)      2.      STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE

## ECF CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: February 5, 2020

> /s/ Jeffrey J. Mann
> Lindbergh Porter, Jr.
> Jeffrey J. Mann
> LITTLER MENDELSON, P.C.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED: February 5, 2020

HON. BETH LABSON FREEMAN

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

(Case No. 5:17-CV-04212-BLF)   3.   STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE