FILED

FEB 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENOH I. ENOH; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY and HP INC., <br><br> Defendants-Appellees. | No.   18-16510 <br><br> D.C. No. 5:17-cv-04212-BLF <br> Northern District of California, <br> San Jose <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 16), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Chief Circuit Mediator

sl/mediation